■ STANDARDBRED OWNERS' ASSOCIATION, INC., Respondent, v YONKERS RACING CORPORATION, Defendant, and SARATOGA HARNESS RACING, INC., Intervenor-Appellant. [658 NYS2d 954] —In an action for injunctive relief, the intervenor Saratoga Harness Racing, Inc., appeals from stated portions of an order of the Supreme Court, Westchester County (Cowhey, J.), entered October 23, 1996, which, *inter alia,* granted the plaintiff's motion for a preliminary injunction and fixed the plaintiff's undertaking in connection with that preliminary injunction at $9,000.

Ordered that the order is affirmed insofar as appealed from, with costs.

The Supreme Court properly granted the plaintiff's motion for a preliminary injunction inasmuch as the plaintiff demonstrated the likelihood of success on the merits, irreparable harm absent the preliminary injunction, and a balancing of the equities in its favor (*see, Aetna Ins. Co. v Capasso,* 75 NY2d 860; *Burmax Co. v B & S Indus.,* 135 AD2d 599).

The intervenor-appellant's remaining contentions are without merit. O'Brien, J. P., Goldstein, McGinity and Luciano, JJ., concur.